**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (650) 636-9251

**GOUGH & HANCOCK LLP**
Mark Hancock (#160662)
(mark.hancock@ghcounsel.com)
50 California Street, Suite 1500
San Francisco, CA 94111
Tel: 415 848 8916
Fax: 888 808 6471

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **In re**<br>**PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY**<br>**DEBTORS.**<br><br>**PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY,**<br>    Appellants,<br>v.<br>**CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**<br>    Appellees. | District Court Case No. 21-cv-08235-HSG<br><br>Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**STIPULATION AND ORDER TO DISMISS APPEAL** |

Appellants PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") and Appellee, the California Department of Housing and Community Development (the "**Department**," and with the Reorganized Debtors, the "**Parties**"), respectfully submit this Stipulation To Dismiss Appeal.

WHEREAS, on September 14, 2021, the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**") entered the *Order Overruling Objection to Claim No. 56868* (the "**CDHCD Claim Order**") [Docket No. 11253], overruling the *Reorganized Debtors' Ninety-Third Omnibus Objection to Claims (No Legal Liability Claims)* [Docket No. 10808] (the "**Omnibus Objection**") with respect to the Proof of Claim No. 56868 filed by the Department.[1]

WHEREAS, on September 27, 2021, the Reorganized Debtors filed the *Reorganized Debtors' Motion for Enlargement of Time to File Notice of Appeal of Order on Claim of California Department of Housing and Community Development* [Dkt. No. 11332], which was approved by the Bankruptcy Court in an Order dated September 28, 2021 [Dkt. No. 11338], which extended the Parties' time to appeal the CDHCD Claim Order to October 19, 2021.

WHEREAS, on October 18, 2021, the Reorganized Debtors filed the *Notice of Appeal and Statement of Election to Have Appeal Heard By United States District Court for the Northern District of California* [Dkt. No. 11442] (the "**Notice of Appeal**"), initiating the instant appeal (the "**Appeal**").

WHEREAS, after the Notice of Appeal was filed, the Parties agreed to a settlement in principle, subject to final documentation and execution (the "**Settlement Agreement**"), to resolve all issues related to the Appeal.

WHEREAS, on November 1, 2021, the Parties entered into the *Stipulation and [Proposed] Order to Stay Appeal Pending Settlement* [Dist. Ct. Dkt. No. 2], which was approved by this Court in

---

[1] All docket entries cited in this stipulation refer to the bankruptcy case *In re PG&E Corporation, et al.*, No. 19-30088 (DM) (Bankr. N.D. Cal.) (the "**Bankruptcy Case**"), unless specified otherwise.

an Order dated November 2, 2021 [Dist. Ct. Dkt. No. 3], which stayed all proceedings and deadlines in this Appeal for seventy days.

WHEREAS, the Parties have finalized and entered into the Settlement Agreement, and it is effective.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, as follows:

1. The Appeal is dismissed with prejudice.
2. Each party shall bear its own costs.

**STIPULATED AND AGREED TO BY:**

Dated: December 6, 2021

KELLER BENVENUTTI KIM LLP

*/s/ Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors
and Reorganized Debtors*

Dated: December 6, 2021

ROB BONTA
Attorney General of California
JAMEE JORDAN PATTERSON
Supervising Deputy Attorney General

*/s/ Erica B. Lee*
ERICA B. LEE
Deputy Attorney General
*Attorneys for the California Department of
Housing and Community Development*

ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from the other signatories.

KELLER BENVENUTTI KIM LLP

*/s/ Thomas B. Rupp*
Thomas B. Rupp

\*   \*   \*

1
2      PURSUANT TO STIPULATION, IT IS SO ORDERED.
3      DATED: December 7, 2021
4                                          HAYWOOD S. GILLIAM, JR.
                                           United States District Judge
5